## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.

                                    No. CR 25-0879 JB

HERIBERTO SALAZAR AMAYA et al.,

     Defendants.

### **PROTECTIVE ORDER**

This matter having come before the Court on the United States' Opposed Motion for a Protective Order (Doc. 155) and the Court having considered the matter, finds this motion is well taken and should be granted.

IT IS THEREFORE ORDERED that any disclosure of the material and information in this regard shall be subject to the following restrictions:

1. Material received by the defendant (through their attorneys) from the United States shall not be shown or otherwise provided or disclosed to individuals other than:

    a. Defendant;

    b. Defendants' attorneys of record;

    c. Employees of such attorney to whom it is reasonably necessary that the material be shown for the purposes of motions, hearings, trial, or appeal in this matter;

    d. Witnesses and their counsel to whom it is reasonably necessary that the material be shown for the purposes of motions, hearings, or trial; and

    e. Experts or consultants who are assisting in the motions, hearings, trial, or appeal in this matter.

2.      Defense counsel may leave materials obtained from the United States in the possession of their client and third parties only if such materials do not include personally identifiable information about confidential sources, victims and witnesses, including but not limited to birth dates, social security numbers, addresses, financial information to include account numbers, photographs, and audio and video recordings.

3.       Individuals to whom discovery material is shown or otherwise provided must be provided with a copy of this protective order, and agree to be bound by its terms prior to being shown or otherwise provided with any material.

4.      Nothing in this protective order limits a Defendant or the United States from disclosing material in this or related judicial proceedings, including in motions, at hearings, at trial, or in an appeal. This protective order requires, however, that the parties redact any personal identifying information, any financial information, and other private information in accordance with Fed. R. Crim. P. 49.1.

5.      Within sixty days after the conclusion of this case, including the conclusion of any direct appeal or the expiration of the time limit within which to file such an appeal, as well as any collateral review, defense counsel shall return to the United States or notify the United States that it has destroyed the material that counsel received from the United States during this matter.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
Matthew McGinley
Blake Nichols
Raquel Ruiz-Velez
Assistant U.S. Attorneys